155 A.3d 894

**DAVIS, Benny**

v.

**STATE of Maryland**

**Pet. Docket No. 436, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 2756, Sept. Term, 2014).

Petition for writ of certiorari dismissed

■

155 A.3d 894

**DRUMMOND, Byron Sentral**

v.

**STATE of Maryland**

**Pet. Docket No. 551, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 593, Sept. Term, 2015).

Petition for writ of certiorari denied